

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-10-2014

# USA v. Ronald Halpern

Precedential or Non-Precedential: Non-Precedential

Docket 13-2535

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Ronald Halpern" (2014). *2014 Decisions.* Paper 276.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/276

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 13-2535
_____

USA

v.

RONALD HALPERN

Appellant

_____

(W.D. Pa 2-10-cr-00014)
_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  Fuentes, Jordan, and Shwartz, Circuit Judges

The petition for rehearing filed by the Estate of Ronald Halpern, **appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted.

It is further O R D E R E D that the Court's order dated 1/29/14 is hereby vacated and the matter shall be referred to a merits panel.

BY THE COURT,

s/ *Julio M. Fuentes*
Circuit Judge

Dated: March 11, 2014

CJG/cc:    Rebecca R. Haywood, Esq.
            Michael L. Ivory, Esq.
            Brett G. Sweitzer, Esq.